# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JULIO VAQUEN,**
                **Plaintiff,**

**-vs-**                                                                   **Case No. 6:08-cv-1086-Orl-19KRS**

**AMERICAN DIVERSIFIED SERVICES CORPORATION,**
                **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration after a settlement conference conducted by the undersigned Magistrate Judge. The parties reached a settlement of the FLSA claims of the named plaintiff and opt-in plaintiffs that resulted in full payment of all arguably due overtime compensation and liquidated damages. Therefore, I recommend that the Court find that the settlement is a fair resolution of the FLSA claims. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982). The parties agreed that the assessment of attorney's fees and costs would be made by the Court pursuant to motion.

Under the Older Workers Benefit and Protection Act, the named plaintiff and opt-in plaintiffs must be given a period of time to review the settlement agreements. *See* 29 U.S.C. § 626(f). After the settlement agreements are final, counsel for plaintiffs will file a motion for an award of attorney's fees and costs. Accordingly, it is appropriate for the case to remain open pending resolution of the amount

of attorney's fees and costs to be paid. The Court may, however, deny other pending motions as moot after the period for review of the settlement agreements elapses.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on April 22, 2009.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy