# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

JULIO VAQUEN,

    Plaintiff,

vs.                        CASE NO. 6:08-CV-1086-ORL-19KRS

AMERICAN DIVERSIFIED SERVICES
CORPORATION,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 59, filed April 22, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 59) is **ADOPTED and AFFIRMED.** The settlement is hereby **APPROVED** as a fair and reasonable resolution of a bona fide dispute of the FLSA issues.

The Plaintiff has filed a motion for attorney's fees and costs at Docket No. 64 (filed May 5, 2009), and such motion having been referred to United States Magistrate Judge Gregory J. Kelly, this case shall remain open pending resolution of the amount of attorney's fees and costs to be paid.

**DONE AND ORDERED** at Orlando, Florida, this  16th  day of May, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record