# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JULIO VAQUEN,**

          **Plaintiff,**

**-vs-**                                                   Case No. 6:08-cv-1086-Orl-19KRS

**AMERICAN DIVERSIFIED SERVICES CORPORATION,**

          **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

     This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS (Doc. No. 64)** |
| **FILED:** | **May 5, 2009** |

**THEREON** it is **RECOMMENDED** that the motion be **DENIED** as moot.

     On July 7, 2008, Plaintiff Julio Vaquen (the "Plaintiff") filed a one count complaint (the "Complaint") against Defendant American Diversified Services Corporation (the "Defendant") alleging that Defendant failed to pay overtime compensation in violation of the Fair Labor Standards Act, 29 U.S.C. § 201, et. seq (the "FLSA"). Doc. No. 1. On April 22, 2009, in a settlement conference before the Honorable Karla R. Spaulding, the parties agreed to settle the case "in full payment of all arguably due overtime compensation and liquidated damages." Doc. No. 59 at 1. Judge Spaulding recommended that the Court find the settlement to be a fair and reasonable resolution of Plaintiff's

FLSA claims. Doc. No. 59. The parties agreed that attorneys' fees and costs would be later determined by motion before the Court. *Id*. On May 18, 2009, the Court adopted Judge Spaulding's recommendation and approved the settlement agreement. Doc. No. 65.

On May 5, 2009, Plaintiff filed the present Motion for Award of Attorneys' Fees and Costs (the "Motion"). Doc. No. 64. On May 18, 2009, the Defendant filed a response in opposition to the Motion. Doc. No. 66. The Motion has been referred to the undersigned for a report and recommendation.

On June 10, 2009, the undersigned scheduled an evidentiary hearing on the motion to be held on June 30, 2009. Doc. No. 71. On June 29, 2009, the parties filed a Joint Notice of Settlement and Cancellation of Evidentiary Hearing (the "Notice") stating that Defendant has agreed to pay Plaintiff's counsel $10,000.00 within thirty (30) days. Doc. No. 72. On June 29, 2009, and based on the parties' submissions, the undersigned canceled the evidentiary hearing. Doc. No. 73.

Based on the forgoing, the undersigned **RECOMMENDS** that the Court:

1) **DENY** the Motion (Doc. No. 64) **as moot**; and

2) Direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 29, 2009.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy