UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JULIO VAQUEN,

    Plaintiff,

vs.    CASE NO. 6:08-CV-1086-ORL-19KRS

AMERICAN DIVERSIFIED
SERVICES CORPORATION,

    Defendant.

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 74, filed June 29, 2009). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 74) is **ADOPTED and AFFIRMED.** The Motion for Award of Attorneys' Fees and Costs (Doc. No. 64, filed May 5, 2009) is **DENIED AS MOOT.** The Clerk of the Court is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida, this ___19th___ day of July, 2009.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record